**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   10-cv-02499-LTB-CBS

MARGARET GOMEZ, surviving mother of JENNIFER FRIESE, deceased,

      Plaintiff,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, and
NATIONAL RAILROAD PASSENGER CORPORATION,

      Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc - 15 - filed July 13, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   July 15, 2011